STATE OF NEW JERSEY v. DANIEL BARLOW.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER HAMBLIN.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MARIANO CARRION–COLLAZO.

January 25, 1988.

Petition for certification denied.   (See 221 *N.J.Super.* 103)

STATE OF NEW JERSEY v. GALVINUS SMART–EL.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMMIE MOYE, JR.

January 25, 1988.

Petition for certification denied.